

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00664-CV

**IN THE INTEREST OF A.D.J.,** a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01781
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED.

SIGNED March 21, 2018.

_____
Rebeca C. Martinez, Justice